UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 1 0 2009 ★
BROOKLYN OFFICE

ORIGINAL
D & F
C/M

-----------------------------------x
GARY LA BARBERA and FRANK FINKEL,
Trustees of Local 282 International
Brotherhood of Teamsters Welfare, Pension,
Annuity, Job Training and Vacation Sick Leave
Trust Funds,

**MEMORANDUM AND ORDER**
Case No. 08-CV-3648 (FB) (CLP)

     Plaintiffs,

-against-

CAB II Enterprises, Inc.,

     Defendant.
-----------------------------------x

*Appearances:*
*For the Plaintiff:*
AVRAM H. SCHREIBER, ESQ.
40 Exchange Place, Suite 1300
New York, New York 10005

**BLOCK, Senior District Judge:**

  On July 16, 2009, Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation ("R&R") recommending that plaintiffs be awarded damages in the amount of $17,159.71, representing $7,452.48 in principal contributions; $1,153.68 in interest; $4,111.49 in liquidated damages; and $4,442.06 in attorneys' fees and costs. *See* R&R at 20. The R&R also stated that failure to object within ten days would preclude appellate review. *See id.* According to the docket, the Clerk's office mailed a copy of the R&R to defendant on July 17, 2009; no objections have been filed.

  If clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice

of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error, *see Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000); no such error appears here. Accordingly, the Court adopts the R&R without *de novo* review and directs the Clerk to enter judgment in accordance with the R&R.

**SO ORDERED.**

s/FB

FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
August 5, 2009

2